

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Hernandez<br><br>Plaintiff,<br>V.<br><br>Scott Kernan, Secretary<br><br>Defendant. | Civil Action No. 16-cv-1211-CAB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) adopts the Report in full; (2) rejects Petitioner's objections; (3) denies the Petition for Writ of Habeas Corpus; and (4) denies a certificate of appealability.

Date: 9/7/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy